# IN THE UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| **WESLEY IRA PURKEY**, | ) | |
| | ) | |
| Petitioner-Appellant, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | Case No.: 2:19-cv-414 |
| **WARDEN OF USP TERRE HAUTE**, | **)** | |
| **UNITED STATES OF AMERICA** | ) | DEATH PENALTY CASE |
| | ) | EXECUTION SCHEDULED |
| | ) | FOR DECEMBER 13, 2019 |
| Respondents-Appellees. | ) | |

## APPELLANT'S DOCKETING STATEMENT

Pursuant to Seventh Circuit Rule 3(c)(1), Petitioner-Appellant Wesley Ira Purkey, by and through undersigned counsel, hereby submits this docketing statement for his appeal.

## I.     JURISDICTIONAL STATEMENT

The district court had jurisdiction over this matter under 28 U.S.C. § 2241(c)(1) and (3). This Court has jurisdiction under 28 U.S.C. § 1291. The date of the entry of the judgment sought to be reviewed is November 20, 2019. The notice of appeal was filed on November 22, 2019.

## II. PRIOR OR RELATED APPELLATE PROCEEDINGS

The following prior or related appellate proceedings are listed as follows: 1) *United States v. Purkey*, 428 F.3d 738, No. 04-1337 (8th Cir. 2005) (direct appeal); and 2) *Purkey v. United States*, 729 F.3d 860, No. 10-3462 (8th Cir. 2013) (appeal from denial of 28 U.S.C. § 2555 petition). Mr. Purkey has previously filed *pro se* lawsuits that were dismissed as frivolous pursuant to 28 U.S.C. § 1915(g); however, those lawsuits are not related to the current appellate proceedings, except insofar as they demonstrate certain factual assertions regarding Petitioner's mental health.

## III. CUSTODIAL INFORMATION

Mr. Purkey is currently confined at the United States Penitentiary in Terre Haute, Indiana. The current warden at USP-Terre Haute is T.J. Watson.

Respectfully submitted this 25th day of November, 2019.

/s/Rebecca E. Woodman
Rebecca E. Woodman
Attorney at Law, L.C.
1263 W. 72nd Ter.
Kansas City, Missouri 64114
Telephone: (785) 979-3672
Email: rewlaw@outlook.com

/s/Michelle M. Law
Michelle M. Law
Assistant Federal Public Defender
Western District of Missouri
901 Saint Louis Street, Suite 801
Springfield, Missouri 65806
Telephone: (417) 873-9022
Facsimile:  (417) 873-9038
Email: michelle_law@fd.org

*Counsel for Petitioner*

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2019, the foregoing Docketing Statement was filed electronically with the Clerk of the Court via CM/ECF to be served on the parties authorized to be noticed.

/s/Rebecca E. Woodman
Counsel for Petitioner

**Certificate of Service**

I hereby certify that on November 22, 2017, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

s/
Paralegal
Capital Habeas Unit