**IN THE**
**UNITED STATES COURT OF APPEAL**
**FOR THE SEVENTH CIRCUIT**

| | | |
|---|---|---|
| WESLEY I. PURKEY, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | No. 19-3318 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| and | ) | |
| T.J. WATSON, Warden | ) | |
| | ) | |
| Appellees. | ) | |

**<u>ENTRY OF APPEARANCE</u>**

The Government advises this Court and all parties that Special Assistant United States Attorney Brian P. Casey hereby enters his appearance as lead counsel for the Appellees.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By      /s/ *Brian P. Casey*

BRIAN P. CASEY
Special Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East 9th Street, Room 5510
Kansas City, Missouri    64106
Telephone:   (816) 426-3122
Fax:   (816) 426-5186
E-mail:   Brian.Casey@usdoj.gov

*Attorneys for Respondent*

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.   I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Rebecca E. Woodman
Attorney at Law, L.C.
1263 West 72nd Terrace
Kansas City, Missouri   64114
Email:   rewlaw@outlook.com

*Attorney for Appellant*

/s/ *Brian P. Casey*
Brian P. Casey
Special Assistant United States Attorney