**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**

| | | |
|---|---|---|
| WESLEY I. PURKEY, | ) | |
| | ) | |
| Petitioner-Appellant, | ) | |
| | ) | |
| v. | ) | No. 19-3318 |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| and | ) | |
| T.J. WATSON, Warden, | ) | |
| | ) | |
| Respondents-Appellees. | ) | |

**<u>ENTRY OF APPEARANCE</u>**

The Government advises this Court and all parties that Special Assistant United States Attorney J. Benton Hurst hereby enters his appearance as co-counsel for the Respondents-Appellees.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By      /s/ *J. Benton Hurst*

J. BENTON HURST
Special Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East 9th Street, Room 5510
Kansas City, Missouri   64106
Telephone:   (816) 426-3122
Fax:   (816) 426-5186
E-mail:   John.Hurst@usdoj.gov

*Attorneys for Respondents-Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Alan E. Schoenfeld
Stephanie Simon
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY   10007
(212) 230-8800

Michelle M. Law
Assistant Federal Public Defender
Western District of Missouri
901 St. Louis Street, Suite 801
Springfield, MO   65806
(417) 873-9022

Rebecca E. Woodman
Attorney at Law, L.C.
1263 West 72nd Terrace
Kansas City, Missouri   64114
(785) 979-3672

*Attorneys for Petitioner-Appellant*

/s/ *J. Benton Hurst*
J. Benton Hurst
Special Assistant United States Attorney