

**U. S. Department of Justice**

*Timothy A. Garrison*
*United States Attorney*
*Western District of Missouri*

Office of the United States Attorney          (816) 426-3122
Charles Evans Whittaker Courthouse    Fax (816) 426-5186
400 East 9th Street, Suite 5510
Kansas City, Missouri 64106-2637

January 14, 2020

Mr. Gino J. Agnello
Clerk of the Court
Seventh Circuit Court of Appeals
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street, Room 2722
Chicago, Illinois  60604

   Re: *Wesley I. Purkey v. United States, et al.*
     No.  19-3318

Dear Mr. Agnello:

   Pursuant to your letter dated November 22, 2019, I will be unavailable for oral argument in this case on the following dates:

   February 12-14 (Eighth Circuit Oral Arguments)

        Respectfully,

        /s/ *Brian P. Casey*

        Brian P. Casey
        Special Assistant United States Attorney

BPC/tlm

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

        /s/ *Brian P. Casey*
        Brian P. Casey
        Special Assistant United States Attorney