**Alan E. Schoenfeld**

+1 212 937 7294 (t)
+1 212 230 8888 (f)
alan.schoenfeld@wilmerhale.com

January 21, 2020

**VIA CM-ECF**

Hon. Gino J. Agnello
Clerk of Court
United States Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street, Room 2722
Chicago, IL 60604

      **Re:**    *Purkey v. United States of America* **(No. 19-3318)**

Dear Mr. Agnello:

I represent appellant Wesley I. Purkey in the above-mentioned appeal. I write to inform the Court that I will be unavailable for oral argument in this case on the following upcoming oral argument dates: February 10-14; February 18-21; February 27-28; and March 4, 2020.

Respectfully submitted,


/s/ Alan Schoenfeld
Alan E. Schoenfeld



cc (via CM-ECF): Brian P. Casey, Esq.
                  John Benton Hurst, Esq.