# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

March 18, 2020

*By the Court:*

| No. 19-3318 | WESLEY I. PURKEY,<br>Petitioner - Appellant<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br>Respondents - Appellees |
|---|---|
| **Originating Case Information:** | |
| District Court No: 2:19-cv-00414-JPH-DLP<br>Southern District of Indiana, Terre Haute Division<br>District Judge James P. Hanlon | |

**IT IS ORDERED** that counsel in this appeal shall present oral argument by telephone. No attorneys will be present in the courtroom. Counsel should contact the clerk's office for further instructions.

**IT IS FURTHER ORDERED** that if all parties agree that this appeal can be resolved based on the briefs and record and without oral argument, the parties should file a joint motion to waive oral argument no later than seven days before the date of argument. See Fed. R. App. P. 34(a).

form name: **c7_Order_BTC**(form ID: **178**)