# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| Everett McKinley Dirksen United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604 | | Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov |

## ORDER

April 2, 2020

*By the Court:*

| | |
|---|---|
| No. 19-3318 | WESLEY I. PURKEY,<br>Petitioner - Appellant<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br>Respondents - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 2:19-cv-00414-JPH-DLP<br>Southern District of Indiana, Terre Haute Division<br>District Judge James P. Hanlon |

**IT IS ORDERED** that oral argument in this appeal, scheduled for April 21, 2020, is **VACATED**. The court will reschedule oral argument by later order.

form name: **c7_Order_BTC**(form ID: **178**)