# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

June 9, 2020

## Argument Confirmation

The following email was sent to counsel of record on June 9, 2020:

---

**Subject:** Final Argument Confirmation – Tuesday, June 16, 2020

Your case is set to be argued via <u>Zoom Video Conference</u> on Tuesday, June 16, 2020

Please reply to this e-mail with who will be presenting argument, how much rebuttal time is to be reserved by the appellant, the email address where the Zoom invitation can be sent and a phone number to be reached at. You will also need to be able to access your email from a device that has a camera.

**The Clerk's office has scheduled a Zoom practice session for Friday, June 12 at 2:00PM Central.** We will be sending you a Zoom invitation for the practice session, on Thursday, June 11. Please make sure you use the same email address for both the practice session and argument**.** An invitation will be sent, that will include a Meeting ID and a link to the video conference

---

Counsel responded with the following electronic response on June 9, 2020:

---

I will be presenting argument for Wesley Purkey.  I would like to reserve 5 minutes for rebuttal.

Regards,
Alan Schoenfeld