

**U. S. Department of Justice**

*Timothy A. Garrison*
*United States Attorney*
*Western District of Missouri*

| | |
|---|---|
| Office of the United States Attorney | (816) 426-3122 |
| Charles Evans Whittaker Courthouse | Fax (816) 426-5186 |
| 400 East 9th Street, Suite 5510 | |
| Kansas City, Missouri 64106-2637 | |

June 15, 2020

Mr. Christopher G. Conway
Clerk of the Court
Seventh Circuit Court of Appeals
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street, Room 2722
Chicago, Illinois  60604

      Re:   *Wesley I. Purkey v. United States, et al.*
              No.  19-3318

Dear Mr. Conway:

      The Defendants respectfully notify the Court that the Director of the Federal Bureau of Prisons, upon the direction of the Attorney General, has scheduled the execution of Wesley Ira Purkey, in accordance with 28 C.F.R. Part 26, for July 15, 2020.

                                 Respectfully,

                                 /s/ *Brian P. Casey*

                                 Brian P. Casey
                                 Special Assistant United States Attorney

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 15, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *Brian P. Casey*

Brian P. Casey
Special Assistant United States Attorney