# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

July 2, 2020

Before:

DIANE P. WOOD, *Chief Judge*

MICHAEL B. BRENNAN, *Circuit Judge*

AMY J. ST. EVE, *Circuit Judge*

| | |
|---|---|
| No. 19-3318 | WESLEY I. PURKEY,<br>Petitioner - Appellant<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br>Respondents - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 2:19-cv-00414-JPH-DLP<br>Southern District of Indiana, Terre Haute Division<br>District Judge James P. Hanlon |

We **AFFIRM** the judgment of the district court, with costs. We **GRANT** Purkey's motion for a stay of execution on the following terms. His July 15, 2020, date of execution is temporarily stayed pending the completion of proceedings in the Seventh Circuit. This stay will expire upon the issuance of this court's mandate or as specified in any subsequent order that is issued. The above is in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)