# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## REQUEST TO FILE AN ANSWER TO PETITION FOR REHEARING EN BANC

July 6, 2020

| | |
|---|---|
| No. 19-3318 | WESLEY I. PURKEY, Petitioner - Appellant<br><br>v.<br><br>UNITED STATES OF AMERICA, et al., Respondents - Appellees |

**Originating Case Information:**

District Court No: 2:19-cv-00414-JPH-DLP
Southern District of Indiana, Terre Haute Division
District Judge James P. Hanlon

**To:** Michelle M. Law
OFFICE OF THE FEDERAL DEFENDER
Western District of Missouri
901 St. Louis Street
Suite 801
Springfield, MO 65806

**To:** Alan E. Schoenfeld & Stephanie Simon
WILMER HALE LLP
Seven World Trade Center
250 Greenwich Street
New York, NY 10007

**To:** Rebecca E. Woodman
REBECCA E. WOODMAN, ATTORNEY AT LAW, L.C.
1263 W. 72nd Terrace
Kansas City, MO 64114

An **EMERGENCY PETITION FOR PANEL RECONSIDERATION AND FOR RECONSIDERATION BY THE EN BANC COURT OF STAY OF EXECUTION SCHEDULED FOR JULY 15, 2020** was filed by counsel for appellee on July 4, 2020.

Counsel for the appellant is requested to file an answer to the petition by July 10, 2020, by no later than 12:00 pm central time. Counsel shall file thirty (30) copies of the answer, which shall not exceed fifteen (15) pages. *Fed. R. App. P. 40(b)*. The cover of the answer, if used, must be white. *Fed. R. App. P. 32(c)(2)(A)*.

form name: **c7_AnswerToEnbancRehearingRequest**(form ID: **199**)