

**U. S. Department of Justice**

*Timothy A. Garrison*
*United States Attorney*
*Western District of Missouri*

Office of the United States Attorney    (816) 426-3122
Charles Evans Whittaker Courthouse   Fax (816) 426-5186
400 East 9th Street, Suite 5510
Kansas City, Missouri 64106-2637

July 11, 2020

Mr. Gino J. Agnello
Clerk of the Court
Seventh Circuit Court of Appeals
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street, Room 2722
Chicago, Illinois  60604

> Re:    *Wesley I. Purkey v. United States, et al.,* No.  19-3318
>       Rule 28(j) Letter

Dear Mr. Agnello:

The Government hereby advises this Court that earlier this afternoon it filed the attached application to vacate this Court's stay in this case with the United States Supreme Court.

Respectfully,

*/s/ Brian P. Casey*

Brian P. Casey
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *Brian P. Casey*

Brian P. Casey
Special Assistant United States Attorney