

**U. S. Department of Justice**

*Timothy A. Garrison*
*United States Attorney*
*Western District of Missouri*

Office of the United States Attorney   (816) 426-3122
Charles Evans Whittaker Courthouse   Fax (816) 426-5186
400 East 9th Street, Suite 5510
Kansas City, Missouri 64106-2637

July 14, 2020

Mr. Christopher G. Conway
Clerk of the Court
Seventh Circuit Court of Appeals
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street, Room 2722
Chicago, Illinois  60604

      Re:    *Wesley I. Purkey v. United States, et al.,* No. 19-3318
                Rule 28(j) Letter

Dear Mr. Conway:

Early this morning, the United States Supreme Court vacated an injunction against the execution of Petitioner Wesley Purkey and three other inmates sentenced to death. *Barr v. Lee*, No. 20A8, 2020 WL 3964985 (U.S. July 14, 2020) (per curiam). The Court vacated the injunction of the District Court for the District of Columbia in *In re Fed. Bureau of Prisons' Execution Protocol Cases*, __ F. Supp. 3d __, No. 19-mc-145, 2020 WL 3960928 (D.D.C. July 13, 2020).

                    Respectfully,

                    */s/ Brian P. Casey*

                    Brian P. Casey
                    Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *Brian P. Casey*
Brian P. Casey
Special Assistant United States Attorney