(ORDER LIST: 591 U.S.)

WEDNESDAY, JULY 15, 2020

ORDER IN PENDING CASE

20A4          UNITED STATES, ET AL. V. PURKEY, WESLEY I.

The application to vacate the stay of execution entered by the United States Court of Appeals for the Seventh Circuit on July 2, 2020, presented to Justice Kavanaugh and by him referred to the Court, is granted.

Justice Ginsburg, Justice Breyer, Justice Sotomayor, and Justice Kagan would deny the application.