# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

July 15, 2020

**Before**

DIANE P. WOOD, *Circuit Judge*

MICHAEL B. BRENNAN, *Circuit Judge*

AMY J. ST. EVE, *Circuit Judge*

No. 19-3318

| | |
|---|---|
| WESLEY IRA PURKEY,<br>        *Petitioner-Appellant*,<br><br>        *v*.<br><br>UNITED STATES OF AMERICA, *et al*.,<br>        *Respondents-Appellees*. | Appeal from the United States District Court for the Southern District of Indiana, Terre Haute Division.<br><br>No. 2:19-cv-00414-JPH-DLP<br><br>James P. Hanlon,<br>*Judge*. |

**O R D E R**

Upon consideration of the **APPELLANT'S EMERGENCY MOTION TO STAY EXECUTION PENDING DISPOSITION OF PETITION FOR WRIT OF CERTIORARI**, filed on July 15, 2020, by counsel,

**IT IS ORDERED** that the motion is **DENIED**.