(ORDER LIST: 591 U.S.)

THURSDAY, JULY 16, 2020

CERTIORARI DENIED

20-26    PURKEY, WESLEY I. V. UNITED STATES, ET AL.
(20A12)

     The application for stay of execution of sentence of death presented to Justice Kavanaugh and by him referred to the Court is denied. The petition for a writ of certiorari is denied.